UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE GONZALO P. CURIEL)**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>   v.<br><br>ARAL AZIZIA QUIRARTE,<br><br>                Defendant. | CASE NO.: 19-cr-01126-GPC<br><br>**JUDGMENT AND ORDER TO GRANT GOVERNMENT'S MOTION TO DISMISS INFORMATION**<br><br>**[ECF Nos. 29, 30.]** |

Upon motion of the United States of America, and good cause appearing,

**IT IS HEREBY ORDERED** that the Information in Criminal Case No. 19-cr-1126-GPC against defendant Aral Azizia Quirarte, hereby is, dismissed without prejudice;

**IT IS SO ORDERED.**

Dated: September 17, 2019

_____
Hon. Gonzalo P. Curiel
United States District Judge